# United States District Court

### WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

BRIAN PONT ALI ON
[DOB: 01/11/2001],



**COUNT ONE**: *Possession with Intent to Distribute Methamphetamine*
21 U.S.C. § 841(a)(1) and (b)(1)(B)
NLT 5years imprisonment
NMT 40 years imprisonment
NMT $5,000,000 fine
NLT 4 years' supervised release
Class B felony

$100 Mandatory Special Assessment Each Count

## CRIMINAL COMPLAINT

**Case Number:** 20-MJ-00107-JTM

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about August 26, 2020, in the Western District of Missouri, the defendant, BRIAN PONTALION, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, contrary to the provisions of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

I further state that I am Detective Philip Sipple of the Kansas City, Missouri Police Department and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

_____
Philip Sipple, Detective
Kansas City, Missouri Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means on this **27th** day of August 2020

August 27, 2020      at      Kansas City, Missouri
Date                                            City and State

Judge John T. Maughmer, United States Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer